| | |
|---|---|
| TONYA LACOSTE | SUIT NO. **1 3 6 5 9 9** DIV. "E" |
| VERSUS | 16TH JUDICIAL DISTRICT COURT |
| | PARISH OF ST. MARY |
| BROUSSARD BROTHERS, INC. | STATE OF LOUISIANA |

## PETITION WITHIN ADMIRALTY AND MARITIME JURISDICTION, AND THE GENERAL MARITIME LAW

The petition of Tonya LaCoste, a resident and citizen of the full age of majority and domiciled in the Parish of St. Mary, State of Louisiana (hereafter, the petitioner), with respect represents that:

1.

This is an action within admiralty and maritime jurisdiction, and pursuant to the General Maritime Law of the United States of America, as well as the laws of the State of Louisiana, hereinafter more fully appears.

2.

Made defendant in this action is Broussard Brothers, Inc., who upon information and belief is a domestic corporation, organized pursuant to the laws of the State of Louisiana, with its principal place business at 501 Main St., Abbeville, Louisiana 70510.

1.

### FOR A FIRST CAUSE OF ACTION

On or about November 1, 2019, at approximately 1:00 p.m. the petitioner along with her husband, were proceeding in their boat down Hog Bayou, St. Mary Parish.

2.

Petitioner and her husband were heading eastbound to their camp. The plaintiff was sitting on an ice chest in the boat when it encountered excessive wakes from the westbound D/B Corey, a vessel owned and operated by the defendant Broussard Brother, Inc.

3.

**EXHIBIT A**

The D/B Corey was being operated at a speed excessiv for the conditions resulting, causing large wakes resulting in the petitioner thrown into the air and landing back on her buttocks on the ice chest she was sitting on.

4.

The D/B Corey was loaded with a number of passengers which contributed to the size of the wake as well as having a number of witnesses to the incident.

5.

As a result of the accident and attendant injuries, your petitioner, Tonya LaCoste, has suffered permanent and rare irreparable damage to her lower spine requiring surgery to be performed.

6.

As a result of the incident sued upon herein, medical expenses were sustained, and continue to accrue, as well as missing substantial amount of work, for which petitioner is entitled to recover, and seeks, against defendants.

7.

The sole, proximate, and legal cause of the above described accident was the negligence of the defendants, Broussard Brothers, Inc.., its servants, agents, and employees, either individually or concurrently, pursuant to general maritime law, in the following non-exclusive particulars:

(a) Breach of a legally imposed duty of reasonable care owed by the defendants to the complainant.

(b) Operating the vessel without a properly trained and sufficient crew

(c) Having said vessel being operated by an unlicensed caption at the time of the incident.

(d) Failure to properly train, supervise, the unlicensed captain

(e) operating a vessel contrary too the rules of the road, in causing excessive wake for the conditions

(e) Other acts of negligence which will be proven upon the trial of this cause.

**WHEREFORE**, petitioner, Tonya LaCoste, prays that citation and petition be served

**EXHIBIT A**

on defendant herein, and that after all legal delays had herein, that there be Judgment in favor of Tonya LaCoste and against Defendant Broussard Brothers, Inc. in solido, for such damages, general and special, as are reasonable in the premises, and interest from the date of judicial demand, all costs of these proceedings, and all other general and equitable relief.

By Attorneys,

*[signature]*

AUB A. WARD (#13228)
5656 Hilton Ave.
Baton Rouge, LA 70808
Telephone: 225-490-6393
Facsimile: 225-926-1202
aub@getgordon.com

PLEASE SERVE

BROUSSARD BROTHERS, INC.
Through agent for service of process:
N.R. "Chip" Broussard, III
501 S. Main St.
Abbeville, LA 70510

CLERK'S OFFICE, FRANKLIN, LA

APR 1 4 2022

A true copy of the original

Attest _____
Dy. Clerk of Court

RECEIVED AND FILED

APR 1 3 2022

s/Jennifer R. Splane
DY. CLERK OF COURT

**EXHIBIT A**