**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| IN THE MATTER OF BROUSSARD BROTHERS, INC., AS OWNER AND OPERATOR OF THE *D/B COREY* | Civil Action No.<br><br>Judge<br><br>Magistrate Judge |

## AFFIDAVIT OF VALUE

**STATE OF LOUISIANA**

**PARISH OF ST. MARY**

      BEFORE ME, the undersigned authority, a Notary Public, personally came and appeared:

### JAMES E. STANSBURY, III

who, after being duly sworn, did depose and say:

1. He is a person of the full age of majority and a certified marine surveyor with Stansbury & Associates, LLC in Morgan City, Louisiana;

2. He and his staff performed a valuation survey of the *D/B Corey* on May 12, 2022, a true and correct copy of which is attached as Exhibit 1;

3. Based upon his professional opinion and experience in the vessel industry, the *D/B Corey* had a fair market value of $130,000.00 after the alleged casualty on November 1, 2019;

4. The above and foregoing statements are true and based upon his personal knowledge and experience as a certified marine surveyor.

                  _____
                  JAMES E. STANSBURY, III

SWORN TO AND SUBSCRIBED before me this ⟨19th⟩ day of May 2022.

                  _____
                  NOTARY

**JOHN J. RUSSO**
**61558 LIFE**
**ST. MARY PARISH**
**NOTARY PUBLIC**

**EXHIBIT B**

# STANSBURY & ASSOCIATES, LLC

**P.O. Box 1673 *** 607 Roderick Street ***Morgan City, Louisiana 70381**
**Phone (985) 384-5504**
**E-mail – stansbury-associates@teche.net**

## SURVEY REPORT

May 12, 2022

Inspection – Ascertain

Condition & Valuation

For Financial Purposes

As of November 2019

SURVEY REPORT NO. 324585

M/V "COREY"

THIS IS TO CERTIFY that the undernamed attending Marine Surveyor did on May 12, 2022, at the request of Mr. Phillip Smith, and for the account of Neuner Pate Attorneys at Law, survey the M/V "COREY", while the vessel was afloat and unladen at Taylor Marine facility in San Leon, Texas, in order to ascertain the general condition and valuation of the vessel for Financial Purposes.

Note – While our physical attendance of the vessel was made on May 12, 2022, as requested, our opinion of Fair Market Value is offered as of November 2019.

*All sizes, dimensions, etc. are approximate.*

GENERAL DESCRIPTION:

Vessel is constructed of all welded aluminum and is a modern custom outboard powered work boat having a "V" bottom with variable dead rise, an enclosed cabin aft and a large open deck forward.  The vessel is powered by triple outboard engines.  The cabin has a width of 8'5", length of 12'6" and a centerline height of 7'6".  All external deck surfaces are plated with diamond tread, nonskid plating.  Each deck edge is fitted with 8" high bulwark complete with a two-tier handrail 30" high fitted atop same. Bulwark / handrail system extends the length of each port and starboard side.  Vessel further outfitted as described below.

**EXHIBIT B-1**

M/V "COREY"                                                                                      PAGE 2

SURVEY REPORT <u>NO. 324585</u>


<u>Vessel Particulars:</u>

Length                  42'2"

Breadth                 13'4"

Depth                   30" sides

Built by                Scully's Aluminum Boats, Inc.

Year Built              2013

Hull ID Number          GOK01801L413

L.D.W.F. Number         LA 6357 GB

Owners                  Broussard Brothers, Inc.
                        501 A South Main Street
                        Abbeville, LA 70510


<u>CAPACITIES:</u>

A port and starboard custom aluminum fuel tank was located below deck just forward of cabin.  Reportedly capacity is 150 gallons, each tank.  Vessel fitted with an additional tank forward of same which measures 59" wide x 17" deep and is 46" long.  Calculations show it has an approximate capacity of 200 gallons.   The outboard fuel tanks were noted to have water separator filters and USCG type fuel lines.  No freshwater tank is fitted.  Tanks are accessed via large aluminum deck hatch.

<span style="color:red">**EXHIBIT B-1**</span>

M/V "COREY"                                                                                                    PAGE 3

SURVEY REPORT <u>NO. 324585</u>

<u>CONSTRUCTION PARTICULARS:</u>

Bottom is estimated to be ¼" thick while sides and decks are estimated to be 3/16" thick.  Side framed vertically with 6½" x 2¼" flanged plate.  Sides, deck and bottom framed longitudinally with 3" x 1 5/8" T-beams on 11½" – 13¾" centers.  Bottom chords consist of 8" x 2" x ¼" flanged plate along outboard sides and 18" x 2" x ¼" flanged plate along the keel on 2' centers.  Top chords consist of 8" x 2" x ¼" flanged plate.  Bulkheads vertically stiffened with 3" x 1 5/8" T-beams on 13 ¾" centers.  Hull appears to have two (2) transverse watertight bulkheads with no centerline bulkhead to form three (3) compartments.  One (1) strake of formed aluminum rubrail located 18" below deck and another "D" shaped rubber rubrail extends the length of each side at the deck edge to offer hull protection.

<u>CABIN:</u>

An enclosed cabin is situated aft on centerline and fitted with a forward and aft 2-dog door on a 6" coaming.  Same is 8'5" wide with a length of 12'6".  Vessel fitted with rubber gasket mounted windows throughout and two (2) aluminum framed glass windows port and starboard forward.  Located to starboard is a fixed and upholstered 60" long x 23" x 16" high bench seat with 2" cushion located aft of the steering console. This forms a large storage compartment within same.  This storage area contains thirteen (13) life vests.  Located to port is a full-length storage compartment with similar upholstered cushions atop.  Located within storage compartment are tools, oil, and a few other miscellaneous supplies.  Steering station contains the following:

One (1) Garmin 4210 GPS mounted atop the console.

One (1) Standard Horizon GX2000 VHF radio was mounted overhead.

One (1) Ritchie Magnetic Compass

Triple throttle controls and a full analog gauge package for each engine are on the console along with an 8-gang switch panel.

Two (2) 5-pound ABC rated fire extinguishers mounted within cabin.

Two (2) roof mounted RV style AC units with heat strip along with two (2) 12-volt dome lights.

Navigation running lights were mounted on each side of the exterior of cabin.

**EXHIBIT B-1**

M/V "COREY"                                                                                                      PAGE 4

SURVEY REPORT NO. 324585

PROPULSION MACHINERY:

Propulsion for vessel is provided by three (3) 2012 model year, model DF 250, 4-cylinder, 4-stroke, 250 horsepower outboard engines.  Port serial number 25003F-711549, center serial number 25003F-042326 and starboard serial number 25004F – 910588.  Engines are fitted with fuel / water separator filters.  Engines are fit with three (3) blade stainless steel propellers.  Port and starboard skegs not sighted as same could not be trimmed clear of water.  Center engine skeg was in good condition.  Three (3) 12-volt batteries in plastic boxes were stowed under the generator stand, one (1) for each engine.  Engine Hours per Log Book: Port 1400 Hours, Center 1768 Hours & Starboard 870 Hours. Located near centerline aft is a Honda EU7000 Inverter generator. Same is electric starting with 250 engine hours noted on the meter. Generator is enclosed in an aluminum housing in good condition.  Steering is via Sea star hydraulic unit with wheel mounted pump driving a single ram for each engine with connecting jockey bar.  Engines are protected by 12" aluminum fantail welded to the transom.

DECK FITTINGS:

Deck fittings consisted of the following:

Two (2) 6" x 36" rubber faced push knees are fitted forward with five (5) 12" diameter tire fenders fitted between same.

Two (2) 1½" diameter kevels with integrated padeyes are fitted along each side within the bulwarks and extend below deck.  As noted earlier the bulwarks are 8" high with a 2-tier 2" diameter aluminum handrail along each side.  Total height of the railing atop the bulwark is approximately 30".

SAFETY / FIREFIGHTING EQUIPMENT:

Thirteen (13) Type (1) commercial style life vests were aboard.  Four (4) life vests fitted with lights and whistles.   All were in like new condition.  One (1) 24" diameter life rings mounted to the starboard handrails forward of the cabin.  Same had a throw line as well.  Port side life ring was missing from its rack.

One (1) first aid kit and two (2) 5-pound fire extinguishers were noted aboard.  One (1) estimated 20 # Danforth style aluminum anchor was onboard along with a short rode.

A laminated vessel registration was also stowed below starboard settee along with safety and spare equipment.

EXHIBIT B-1

M/V "COREY"                                                                                          PAGE 5

SURVEY REPORT <u>NO. 324585</u>


<u>GENERAL CONDITION:</u>

Overall, the vessel appears to be in good condition, commensurate with its age.  Bottom and lower sides below waterline were not sighted as vessel was afloat.  Port and starboard navigation lights were cycled on and off and appeared to be working correctly.  No distortions were noted to hull rubrails and no significant hull damage was noted.  Steering system operated smooth and fluid.  The following items were noted regarding specific conditions, some of which in our opinion requires attention from owners:

1. Each engine cover contained light scratches and scuffs at random.

2. Port and starboard handrails generally distorted 0 – 2" throughout.

3. Each compartment fitted with a Rule 2000 bilge pump with float switch.  Each tested and proven operable.

4. Port side life ring was missing and same should be renewed.

5. Starboard side AC unit blowing hot. Port side AC unit does seem to work at all. Same to be serviced and made operable.

6. Port and starboard outboard engines would not trim up or down. Same to be serviced and made operable.

**EXHIBIT B-1**

M/V "COREY"                                                                                              PAGE 6

SURVEY REPORT <u>NO. 324585</u>


<u>COMPARABLE VESSELS:</u>

Comparable vessels were obtained either from the appraisal archives of Stansbury & Associates, LLC or from vessels listed for sale in various "online" publications including brokerage sites:

Comp 1 – Builder – Gaudet / Year Built 2012 / 47' x 10' w/ loading ramp – 500 HP – $195,000.00

Comp 2 – Builder – Scully / Year Built 2006 / 42' x 12' – 500 HP – $115,000.00

Comp 3 – Builder – Razorhead / Year Built 2017 / 35' x 10' – 500 HP – $119,000.00

Comp 4 – Builder – Mississippi Homemade Boats / Year Built 2010 / 48' x 10' – 500 HP – $100,000.00

The above comparable vessels were not the only means we used to arrive at our opinion of value. We also may have spoken to other surveyors / peers, researched our other in-house appraisals, considered the subject vessel's condition as well as considered current and in this case past market conditions for similar vessels in south Louisiana.


<u>VALUATION:</u>

**Opinion of Estimated Fair Market Value as of November 2019 --------------------------------$ 130,000.00**

***Definition - Fair Market Value -*** *the estimated amount, expressed in terms of money that may be reasonably expected for a property in an exchange between a willing buyer and a willing seller, with equity to both, neither under any compulsion to buy or sell, and both fully aware of all relevant facts, as of a specific date.*

**Please note that the above value was arrived at based on the vessel's current condition as it was seen on the date of our inspection.**

**<u>Please note that all of the above definitions come from the "Machinery and Technical Specialties" section of the "American Society of Appraisers".</u>**



<u>CONCLUSION:</u>

For purposes of record, it will be understood that subject vessel was sighted while afloat and, without testing for tightness, conducting sea trials, testing or trying any machinery and electrical systems or opening up any of those places ordinarily concealed.

In accepting this report, it will be understood that this survey was performed for Financial Purposes, and that no warranty as to the condition, seaworthiness or marketability of subject vessel is expressed or implied.


**<span style="color:red">EXHIBIT B-1</span>**

M/V "COREY"                                                                                                    PAGE 7

SURVEY REPORT <u>NO. 324585</u>


<u>CONCLUSION: (continued)…</u>

Interested parties are advised to review carefully the report and to consider their own particular needs and requirements as found necessary.

We reserve the right to amend or supplement this report should additional information become available.

This Report is intended for the sole use of the person or organization to which it is addressed, and no liability of any nature whatsoever shall be assumed to any other party in respect of its contents.  As to the addressee, neither Stansbury & Associates, LLC nor the undersigned shall be liable for any loss or damage whatsoever suffered by virtue of any act, omission or default (whether arising by negligence or otherwise) by the undersigned, Stansbury & Associates, LLC or any of its servants.

Survey made, signed and submitted without prejudice to rights and/or interests of whom it may concern.

Attending:

Tommy McDonald


STANSBURY & ASSOCIATES, LLC



James E. Stansbury, III, SAMS-AMS, NAMS-CMS

Marine Surveyor


COPY:        Survey report and invoice emailed to Neuner Pate Attorneys at Law


**EXHIBIT B-1**

M/V "COREY"                                                                                                      PAGE 8

SURVEY REPORT <u>NO. 324585</u>

## **<u>PHOTO LOG</u>**

VIEW OF STARBOARD SIDE



VIEW OF FORWARD DECK



**EXHIBIT B-1**

M/V "COREY"                                                                PAGE 9

SURVEY REPORT <u>NO. 324585</u>

VIEW OF PORT SIDE & DECK LOOKING AFT



VIEW OF PORT SIDE FORWARD



**EXHIBIT B-1**

M/V "COREY"                                                                                                PAGE 10

SURVEY REPORT <u>NO. 324585</u>

STARBORD SIDE OF CABIN



FOREDECK / LOOKING FORWARD



**EXHIBIT B-1**

M/V "COREY"                                                           PAGE 11

SURVEY REPORT <u>NO. 324585</u>

FOREDECK AND STARBOARD HANDRAIL



VIEW OF FOREDECK LOOKING AFT



<span style="color:red">**EXHIBIT B-1**</span>

M/V "COREY"                                                          PAGE 12

SURVEY REPORT <u>NO. 324585</u>

ENGINE PACKAGE



VIEW OF CENTER LOWER UNIT AND PROP



**EXHIBIT B-1**

M/V "COREY"                                                                                                              PAGE 13

SURVEY REPORT <u>NO. 324585</u>

VIEW OF LOGBOOK ENTRY



VIEW OF GENERATOR HOURS



<span style="color:red">**EXHIBIT B-1**</span>

M/V "COREY"                                                                                      PAGE 14

SURVEY REPORT <u>NO. 324585</u>

VIEW OF STEERING STATION



VIEW AT STEERING STATION



**EXHIBIT B-1**

M/V "COREY"                                                                PAGE 15

SURVEY REPORT NO. 324585

VIEW AT STEERING STATION



VIEW AT STEERING STATION



EXHIBIT B-1

M/V "COREY"                                                                                    PAGE 16

SURVEY REPORT <u>NO. 324585</u>

VIEW OF OPERATOR'S CHAIR



FIRST AID CABINENT



M/V "COREY"                                                                                PAGE 17

SURVEY REPORT <u>NO. 324585</u>

ONE OF TWO FIRE EXTINGUISHERS ON BOARD



TYPICAL LIFE JACKETS ONBOARD



**EXHIBIT B-1**

M/V "COREY"                                                                                    PAGE 18

SURVEY REPORT <u>NO. 324585</u>

AC BLOWERS INSIDE THE CABIN



AC UNITS ON TOP OF CABIN



<span style="color:red">**EXHIBIT B-1**</span>

M/V "COREY"                                                                                      PAGE 19

SURVEY REPORT <u>NO. 324585</u>

VIEW IN AFT VOID SPACE



VIEW IN AFT VOID SPACE



**EXHIBIT B-1**

M/V "COREY"                                                              PAGE 20

SURVEY REPORT <u>NO. 324585</u>

FUEL TANK IN CENTER VOID SPACE



VIEW IN CENTER VOID SPACE



**EXHIBIT B-1**

M/V "COREY"                                                                                    PAGE 21

SURVEY REPORT <u>NO. 324585</u>

VIEW IN CENTER VOID SPACE



VIEW IN CENTER VOID SPACE



<span style="color:red">**EXHIBIT B-1**</span>