UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF BROUSSARD BROTHERS, INC., AS OWNER AND OPERATOR OF THE *D/B COREY* | Civil Action No. <br><br> Judge <br><br> Magistrate Judge |

## ORDER APPROVING LIMITATION SECURITY, DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS, AND RESTRAINING PROSECUTION OF CLAIMS

**WHEREAS**, a Verified Complaint in Limitation having been filed herein on May 23, 2022, by Broussard Brothers, Inc. ("BBI"), as the owner and operator of the *D/B Corey*, claiming the benefit of exoneration from or limitation of liability, civil and maritime, within the admiralty and maritime jurisdiction of this Court, pursuant to 46 U.S.C. §§ 30501, *et seq.*, Rule 9(h) of the Federal Rules of Civil Procedure, and Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, and also contesting the liability of BBI for any and all losses, damages, injuries, and destruction done or occasioned during the incident of the *D/B Corey* on or about November 1, 2019, as described in the Complaint, also stating the facts and circumstances upon which the said limitation or and/or exoneration from liability is claimed, and from which it appears that the value of BBI's interest in the *D/B Corey* and pending freight, if any, did not exceed the sum of ONE HUNDRED AND THIRTY THOUSAND AND NO/100 U.S. DOLLARS ($130,000.00), and it appearing that claims may be made against BBI for losses, damages, injuries, and/or destruction alleged to have incurred in consequence of the events alleged during the incident during the voyage on which the vessel was engaged;

**WHEREAS**, BBI has filed and submitted an *Ad Interim* Stipulation accompanied by an executed Letter of Undertaking, constituting approved security in the sum of ONE HUNDRED AND THIRTY THOUSAND AND NO/100 U.S. DOLLARS ($130,000.00), together with interest, at the applicable rate per annum, all as required by the rules of this Court and the law;

**NOW**, on motion of counsel for BBI herein;

**IT IS ORDERED** that the Letter of Undertaking submitted by BBI's underwriters in the amount of ONE HUNDRED AND THIRTY THOUSAND AND NO/100 U.S. DOLLARS ($130,000.00) with interest, representing BBI's interest in the *D/B Corey* and her pending freight, if any, be accepted as security under Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure for purposes of this Limitation proceeding and that it be hereby approved as to form, quantum and surety; and

**IT IS FURTHER ORDERED** that any claimant who may properly become a party hereto may contest the amount or value of BBI's interest in the *D/B Corey* and her pending freight, if any, and may move the Court for new appraisal of said interest and may apply to have the amount increased or diminished, as the case may be, on determination of the Court; and

**IT IS FURTHER ORDERED** that the further prosecution of any and all actions, suits, and proceedings already commenced, and the commencement or prosecution hereafter of any and all such suits, actions, or proceedings of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against BBI (and its underwriters) or the *D/B Corey*, or against any property of BBI, except in this action, to recover damages for or in respect of any injury, loss, or damages allegedly caused by or resulting from the aforesaid incident that occurred on or about November 1, 2019 as described in

the Complaint is hereby **RESTRAINED, STAYED, AND ENJOINED** until the hearing and final determination of this action; and

      **IT IS FURTHER ORDERED** that a Notice issue out of and under the seal of this Court to and against all persons or concerns claiming damages for any and all losses or damages arising out of the voyage on which the *D/B Corey* was allegedly engaged in on or about November 1, 2019, admonishing them and each of them to appear and file their respective claims with the Clerk of this Court, and to serve on or mail to the Attorneys for BBI a copy thereof on or before the _____ day of _____, 2022, and to make due proof of their claims, subject to the right of any such person or persons to controvert or question said claims, with liberty also, to any such claimants who have duly filed their claims to answer the Complaint therein and to file such answers on or before the date hereto specified, or be defaulted; and

      **IT IS FURTHER ORDERED** that public notice of said notice shall be given publication in the newspaper known as *The Daily Advertiser*, and that such notice shall be published once per week for four successive weeks, prior to the date fixed herein, for the filing of claims; and

      **IT IS FURTHER ORDERED** that not later than the date of the second publication of said notice, BBI shall cause to be mailed a copy of the said notice to every person or concern known to have made any claim that remains outstanding against the *D/B Corey*, or against BBI, arising out of the voyage on which said vessel was engaged; and

      **IT IS FURTHER ORDERED** that service of this Order as a Restraining Order be made within this district, or in any other district by counsel for BBI and/or the U.S. Marshal for such district, by delivering a copy of this Order to the person or persons to be restrained, or to his or their attorneys.

Lafayette, Louisiana, this _____ day of _____, 2022.


_____
**UNITED STATES DISTRICT JUDGE**